IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON GREENSPAN,<br>956 Carolina Street<br>San Francisco, CA 94107<br><br>    **Plaintiff,**<br><br>    v.<br><br>U.S. SECURITIES AND EXCHANGE<br>COMMISSION,<br>100 F Street, NE<br>Washington, D.C. 20549<br><br>    **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **COMPLAINT**

1. Plaintiff AARON GREENSPAN brings this Freedom of Information Act suit to force Defendant U.S. SECURITIES AND EXCHANGE COMMISSION ("SEC") to produce various agency records pertaining to its investigation into Tesla and other matters. In violation of FOIA, Defendant has failed to issue a determination within the statutory deadline, has failed to conduct a reasonable search for records, and/or has failed to produce records responsive to the requests.

## **PARTIES**

2. AARON GREENSPAN made the FOIA requests at issue in this case. GREENSPAN founded and operates PlainSite, an online platform created as an initiative to further legal transparency and anti-corruption by making government and business dealings more accessible and transparent to the general public.

3. Defendant U.S. SECURITIES AND EXCHANGE COMMISSION ("SEC") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

## JURISDICTION AND VENUE

4. This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court. *See* 28 U.S.C. § 1331.

5. Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## SEPTEMBER 1, 2021 FOIA REQUEST TO SEC (TESLA INVESTIGATION)

6. On or around September 1, 2021, GREENSPAN submitted a FOIA request to SEC for the entire case file for SEC Investigation No. SF-04322. This investigation pertains to Tesla, Inc and was opened at the end of 2019. SEC's determination letter that summarizes the request is attached as Exhibit 1.

7. SEC assigned reference number 21-02652-FOIA to the matter. *Id.*

8. On September 24, 2021, SEC denied the request in its entirety by citing Exemption 7(A) of FOIA. *Id.*

9. On November 17, 2021, GREENSPAN appealed the denial. Ex. 2.

10. SEC assigned reference number 22-00052-APPS to the appeal.

11. On December 16, 2021, SEC determined that "FOIA Exemption 7(A) no longer applies" to the records responsive to the request and remanded the request for further processing. Ex. 3.

12. On December 22, 2021, SEC assigned a new reference number, 22-00016-REMD to the remanded request. Ex. 4.

13. SEC's deadline to issue a remanded determination was January 21, 2022.

14. As of the date of this filing, SEC has not issued its remanded determination and has produced no records responsive to the Request.

### NOVEMBER 26, 2021, FOIA REQUEST TO SEC (CRUMPTON & ETHICS COUNSEL)

15. On November 26, 2021, GREENSPAN submitted a FOIA request to SEC for "[a]ny communications between former SEC employee Cheryl Crumpton and the SEC Office of the Ethics Counsel from May 1, 2019 through July 31, 2019, including but not limited to statements required by 17 CFR § 200.735-8." The SEC FOIA request page as submitted is attached as Exhibit 5.

16. On November 29, 2021, SEC acknowledged receipt of the request and assigned reference number 22-00690-FOIA to the matter. Ex. 6.

17. Having received no further correspondence from SEC, GREENSPAN sought an estimated date of completion for the Request on January 18, 2022. All three requests identified in this email are at issue in this case. Ex. 7.

18. SEC never responded to GREENSPAN's inquiry regarding the estimated date of completion for the request.

19. As of this date of filing, SEC has not issued a determination within twenty business days under 5 U.S.C. § 552(a)(6)(A)(i) and has not complied with the statutory requirement under 5 U.S.C. § 552(a)(3)(A) to make the records promptly available to any person. Nor has SEC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### NOVEMBER 22, 2021 FOIA REQUEST TO SEC (MISLER EMAILS)

20. On or around November 22, 2021, GREENSPAN submitted a FOIA request to SEC for records regarding all e-mails generated by and from former SEC employee David Misler from January 1, 2021, through October 31, 2021. SEC's acknowledgement letter that summarizes the request is attached as Exhibit 8.

21. SEC assigned reference number 22-00667-FOIA to the matter. *Id*.

22. On November 24, 2021, SEC denied GREENSPAN's request for a fee waiver, but did classify him in the "media use" fee category. *Id*.

23. Having received no further correspondence from SEC, GREENSPAN sought an estimated date of completion for the request on January 18, 2022. All three requests identified in this email are at issue in this case. Ex. 7.

24. On January 20, 2022, SEC stated that it is still "consulting" with other SEC staff regarding the "existence of any records responsive" to the request. SEC stated that it would provide an updated status "on or before February 7, 2022." Ex. 9.

25. On January 27, 2022, SEC stated that it identified "approximately 0.58 gigabytes (equivalent to approximately 34,800 pages) of email communications that may be responsive" to the request. Ex. 10.

26. On January 28, 2022, GREENSPAN narrowed the scope of the request to only "outgoing emails from David Misler from April 1, 2021 through October 31, 2021." Ex. 11.

27. On March 8, 2022, GREENSPAN sought an estimated date of completion for the request. *Id*.

28. On March 9, 2022, SEC stated that it is "still consulting" with the Office of Information Technology for any records that may be responsive to the request. Ex. 12.

29. As of this date of filing, SEC has not issued a determination within twenty business days under 5 U.S.C. § 552(a)(6)(A)(i) and has not complied with the statutory requirement under 5 U.S.C. § 552(a)(3)(A) to make the records promptly available to any person. Nor has SEC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

## NOVEMBER 26, 2021 FOIA REQUEST TO SEC (MISLER & ETHICS COUNSEL)

30. On November 26, 2021, GREENSPAN submitted a FOIA request (the "Request") to SEC for "[a]ny communications between former SEC employee David Misler and the SEC Office of the Ethics Counsel from October 1, 2021 through November 26, 2021, including but not limited to statements required by 17 CFR § 200.735-8." The online portal's confirmation page that quotes the Request is attached as Exhibit 13.

31. On November 29, 2021, SEC acknowledged receipt of the request and assigned reference number 22-00689-FOIA to the matter. Ex. 14.

32. Having received no further correspondence from SEC, GREENSPAN sought an estimated date of completion for the Request on January 18, 2022. All three requests identified in this email are at issue in this case. Ex. 7.

33. On January 20, 2022, SEC stated that it is still "consulting" with other SEC staff regarding the "existence of any records responsive" to the Request. SEC stated that it would provide an updated status "on or before February 7, 2022." Ex 15.

34. On January 24, 2022, SEC denied the request by stating that it "did not locate or identify any records responsive" to the request. Ex. 16.

35. On or around January 25, 2022, GREENSPAN appealed the denial and challenged SEC's adequacy of search.

36. On January 25, 2022, SEC acknowledged receipt of the appeal and assigned reference number 22-00170-APPS to the appeal. Ex. 17.

37. On February 8, 2022, SEC determined that the FOIA Office did not "perform an adequate search for the requested documents" and remanded the request to the FOIA Officer for further processing. Ex. 18.

- 6 -

38. On February 9, 2022, SEC assigned a new tracking number, 22-00041-REMD, for the remanded request. Ex. 19.

39. On March 14, 2022, GREENSPAN sought an estimated date of completion for the remanded request. Ex. 20.

40. On March 15, 2022, SEC stated that it is "still consulting" with other staff "regarding the existence of any records" that may be responsive to the request. Ex. 21.

41. As of the date of this filing, SEC has not issued its remanded determination and has produced no records responsive to the request. Nor has SEC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### DECEMBER 11, 2021 FOIA REQUEST (JOSHUA MITTS)

42. On December 11, 2021, GREENSPAN submitted a FOIA request to SEC for "any emails, letters, memoranda, or correspondence to or from Columbia Law School professor Joshua Mitts (with primary email address jmitts@law.columbia.edu) and 1) any SEC Commissioner, 2) any SEC Commissioner's staff, [or] 3) the SEC Division of Enforcement from January 1, 2017 to present." GREENSPAN also requested "any emails, letters, memoranda, or correspondence about Joshua Mitts to or from anyone, generated by those individuals who also corresponded directly with him." GREENSPAN excluded Mr. Mitts' "formal comments on SEC RINs" from the scope of the request. The online portal's confirmation page that quotes the request is attached as Exhibit 22.

43. On December 14, 2021, SEC acknowledged receipt of the request and assigned reference number 22-00796-FOIA to the matter. Ex. 23.

44. Having received no further correspondence from SEC, GREENSPAN sought an estimated date of completion for the request on February 1, 2022. Ex. 24.

45. On February 1, 2022, SEC stated that it is processing the request, but did not provide an estimated date of completion. *Id.*

46. As of this date of filing, SEC has not issued a determination within twenty business days under 5 U.S.C. § 552(a)(6)(A)(i) and has not complied with the statutory requirement under 5 U.S.C. § 552(a)(3)(A) to make the records promptly available to any person. Nor has SEC complied with the statutory requirement under 5 U.S.C. § 552(a)(7)(B)(ii) to furnish an estimated completion date when requested.

### COUNT I – SEPTEMBER 1, 2021 FOIA REQUEST TO SEC
### (TESLA INVESTIGATION),
### SEC'S FOIA VIOLATION

47. The above paragraphs are incorporated herein.

48. The request seeks disclosure of agency records and were properly made.

49. SEC is a federal agency and subject to FOIA.

50. Included within the scope of the Request are one or more records or portions of records that are not exempt under FOIA.

51. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), SEC has failed to issue a determination and has failed to promptly produce records responsive to the Request.

### COUNT II – NOVEMBER 26, 2021 FOIA REQUEST TO SEC
### (CRUMPTON & ETHICS COUNSEL),
### SEC'S FOIA VIOLATION

52. The above paragraphs are incorporated herein.

53. The request seeks disclosure of agency records and were properly made.

54. SEC is a federal agency and subject to FOIA.

55. Included within the scope of the Request are one or more records or portions of records that are not exempt under FOIA.

56. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), SEC has failed to issue a determination and has failed to promptly produce records responsive to the Request.

### COUNT III – NOVEMBER 22, 2021 FOIA REQUEST TO SEC (MISLER EMAILS), SEC'S FOIA VIOLATION

57. The above paragraphs are incorporated herein.

58. The request seeks disclosure of agency records and were properly made.

59. SEC is a federal agency and subject to FOIA.

60. Included within the scope of the Request are one or more records or portions of records that are not exempt under FOIA.

61. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), SEC has failed to issue a determination and has failed to promptly produce records responsive to the Request.

### COUNT IV – NOVEMBER 26, 2021 FOIA REQUEST TO SEC (MISLER & ETHICS COUNSEL), SEC'S FOIA VIOLATION

62. The above paragraphs are incorporated herein.

63. The request seeks disclosure of agency records and were properly made.

64. SEC is a federal agency and subject to FOIA.

65. Included within the scope of the Request are one or more records or portions of records that are not exempt under FOIA.

66. In violation of 5 U.S.C. § 552(a)(3)(A)-(C), SEC has failed to conduct a reasonable search for records responsive to the request and has failed to promptly produce any such records.

## COUNT V – DECEMBER 11, 2021 FOIA REQUEST TO SEC
### (JOSHUA MITTS),
### SEC'S FOIA VIOLATION

67. The above paragraphs are incorporated herein.

68. The request seeks disclosure of agency records and were properly made.

69. SEC is a federal agency and subject to FOIA.

70. Included within the scope of the Request are one or more records or portions of records that are not exempt under FOIA.

71. In violation of 5 U.S.C. § 552(a)(6)(A)(i) and (a)(3)(A), SEC has failed to issue a determination and has failed to promptly produce records responsive to the Request.

**WHEREFORE**, GREENSPAN asks the Court to:

   i. declare that Defendant has violated FOIA;

   ii. order Defendant to conduct a reasonable search for records responsive to the requests and issue determinations pursuant to 5 U.S.C. § 552(a)(3)(B)-(C) and (6)(A)(i);

   iii. order Defendant to promptly produce all non-exempt records responsive to the requests or portions of the requests pursuant to 5 U.S.C. § 552(a)(3)(A);

   iii. enjoin Defendant from withholding non-exempt public records under FOIA pursuant to 5 U.S.C. § 552(a)(4)(B);

   iv. award Plaintiff attorney's fees and costs pursuant to 5 U.S.C. § 552(a)(4)(E)(i); and

   v. award such other relief the Court considers appropriate.

Dated: April 26, 2022

RESPECTFULLY SUBMITTED,

*/s/ Matthew V. Topic*

Attorney for Plaintiffs
AARON GREENSPAN

Matthew Topic, D.C. Bar No. IL 0037
Josh Loevy, D.C. Bar No. IL0105
Merrick Wayne, D.C. Bar No. IL 0058
Shelley Geiszler, D.C. Bar No. IL 0087
LOEVY & LOEVY
311 North Aberdeen, 3rd Floor
Chicago, IL 60607
312-243-5900
foia@loevy.com