UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON GREENSPAN,<br><br>     Plaintiff,<br><br>     v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>     Defendant. | Case No. 1:22-cv-01153-RCL |

**PLAINTIFF'S OPPOSITION TO MOTION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

Delay, delay, delay. Then delay some more. To that, add some delay. Once you think you've delayed enough, delay again. Once in court due to the unlawful delay, repeat.

This has been the ethos of Defendant United States Securities and Exchange Commission since Plaintiff first began interacting with the agency as a curious data journalist and investor in 2018. The *fifteen* problematic FOIA requests at issue in the Second Amended Complaint, many of them delayed for years, are not news to Defendant. The e-mails in ECF Nos. 36-1 through 36-15 illustrate in great detail how Plaintiff has been "being strung along for multiple years," during which time Defendant SEC has known good and well that it was violating federal law. ECF No. 34 at 7.

Now Defendant SEC wants even more time to respond to the Second Amended Complaint, the relevant claims of which have been on file in ECF No. 31-1 since June 10, 2024, which means they have been available to Defendant SEC for 301 days and counting. Apparently, 301 days was not enough time for the federal government's armies of lawyers and

1

specialized staff to figure out how to respond.  The cherry on top: even though on April 4, 2025, United States Department of Justice Attorney Fithawi Berhane represented to Plaintiff by e-mail that he only needed "30 days" more, now he has come to this Court to request "approximately 45 days."  How curious!  Is there a rift in the space-time continuum?  There is not.  Did something change in this lawsuit between April 4th and today?  No.  This is about punishment.

In fact, Defendant SEC does not need any more "days" to respond to the allegations of the obscene delay it has already caused.  In fact, Defendant SEC could simply comply with the FOIA statute, produce the documents and videos that Plaintiff has requested, and this entire lawsuit would just disappear, saving taxpayer money and making the courts more efficient.  But apparently, that would be too simple.  Instead, Defendant SEC now seeks to punish Plaintiff for exercising his First Amendment rights, for denying its request for an extension of time for all of the above reasons, and especially for the reason that Plaintiff expressed the simple fact that the Trump Administration—especially including the Executive Branch agency of the United States Department of Justice—is, according even to Donald Trump's own former Chief of Staff, a fascist regime.[1]

Plaintiff has a personal policy of not complying with demands made by fascists whenever possible.  Relatedly, Plaintiff questions whether fascist Attorney Edward R. Martin, Jr., who signed his name to Defendant SEC's request in ECF No. 37, can even practice law before this Court or any court given that he participated in a terrorist insurrection against the United States

---

[1] *See* NBC News, "Former White House chief of staff John Kelly says Trump praised Hitler while in office" by Zoë Richards, October 22, 2024, https://www.nbcnews.com/politics/2024-election/john-kelly-says-donald-trump-meets-definition-fascist-rcna176706.  *See also The New Yorker*, "What Does It Mean That Donald Trump Is a Fascist?" by Timothy Snyder, November 8, 2024, https://www.newyorker.com/magazine/dispatches/what-does-it-mean-that-donald-trump-is-a-fascist.

Government on January 6, 2021,[2] which means that he has violated his oath as an officer of this Court to "support the Constitution of the United States of America."

Accordingly, Plaintiff opposes fascist Defendant SEC's request for an extension of time. Plaintiff further requests that the Court bar terrorist insurrectionists calling themselves "lawyers" from appearing before this Court, and suggests that all filings signed by such individuals in their capacities as purported attorneys should be struck from any relevant record. Plaintiff believes in the rule of law. Any court pretending that this is business as usual—just another day where terrorist insurrectionists openly seeking to undermine the Constitution are signing legal briefs purportedly on behalf of the United States—debases itself and makes a mockery of the justice system.

Dated: April 8, 2025           Respectfully submitted,

*[signature: Aaron Greenspan]*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

---

[2] "Ed Martin was in the mob outside the Capitol on Jan. 6, 2021." *See The New York Times*, "Advocate of Jan. 6 Rioters Now Runs Office That Investigated Them" by Eileen Sullivan, Alan Feuer, and Alexandra Berzon, February 8, 2025, https://www.nytimes.com/2025/02/08/us/ed-martin-us-attorneys-office-trump.html.