UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON GREENSPAN,

    Plaintiff,

v.

SECURITIES AND EXCHANGE
COMMISSION,

    Defendant.

Civil Action No. 22-1153 (RCL)

## [PROPOSED] ORDER

Upon consideration of Defendant's motion to extend the deadline for responding to Plaintiff's Second Amended Complaint, and the entire record in this matter, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Defendant will respond to the Second Amended Complaint on or before May 23, 2025.

Dated this ___ day of _____, 2025.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE