## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AARON GREENSPAN,

              Plaintiff,

      v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

            Defendant.

Civil Action No. 22-1153 (RCL)

### **ANSWER**

Defendant, the Security and Exchange Commission ("SEC"), by and through undersigned counsel, respectfully submits the following Answer to Plaintiff, Aaron Greenspan's Second Amended Complaint (ECF No. 36) in this Freedom of Information Act ("FOIA") case. Defendant responds to the separately numbered paragraphs and prayer for relief contained in the Complaint below. To the extent that any allegation is not admitted herein, it is denied. Moreover, to the extent that the Complaint refers to or quotes from external documents, statutes, or other sources, Defendant may refer to such materials for their accurate and complete contents; however, such references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiff; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action:

1.      The allegations in this paragraph constitute Plaintiff's characterization of himself, to which no response is required.

2.      The allegations in this paragraph constitute Plaintiff's characterization of FOIA requests he has submitted to federal agencies, to which no response is required.

3.      The allegations in this paragraph constitute Plaintiff's characterization of the SEC's history, to which no response is required.

4.      This paragraph consists of conclusions of law to which no response is required.

5.      This paragraph consists of conclusions of law to which no response is required.

## PARTIES

2.      The allegations in this paragraph constitute Plaintiff's characterizations of himself and his website PlainSite, to which no response is required. To extent a response is required, Defendant lacks sufficient information or knowledge to admit or deny the allegations in this paragraph.[1]

3.      Defendant admits that that the SEC is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1).

## JURISDICTION AND VENUE

4.      This paragraph consists of Plaintiff's conclusions of law regarding jurisdiction, to which no response is required. To the extent that a response is required, Defendant admits that the Court has jurisdiction over this FOIA matter.

5.      This paragraph consists of Plaintiff's conclusions of law regarding venue, to which no response is required. To the extent that a response is required, Defendant admits that venue is proper in this judicial district.

## DECEMBER 8, 2020 SEC FOIA REQUEST (REQUEST NO. 21-00492-FOIA: BRIDGEWATER INVESTIGATION)

6.      This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this

---

[1]      Plaintiff restarts his numbering of paragraphs here with paragraph 2.  Accordingly, Defendant repeats the renumbering.

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

7.      This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

8.      This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

9.      This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

10.      This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

11.      This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

12.      This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

13.     Defendant admits Plaintiff did not narrow his FOIA request.

14.     This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

15.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

16.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

17.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

18.     This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

19.     This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

20.     This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

21.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

22.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

23.     This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

24.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

25.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

26.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.  Defendant admits sending a letter to Plaintiff on December 26, 2023.

27.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

28.     This paragraph consists of conclusions of law to which no response is required.

### SEPTEMBER 1, 2021 SEC FOIA REQUEST (REQUEST NO. 21-02651-FOIA: TESLA INVESTIGATION SF-04082)

29.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

30.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

31.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

32.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

33.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

34.     Defendant denies Plaintiff's allegations contained in this paragraph.

35.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

36.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

37.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

38.    This paragraph refers to correspondence attributed to Plaintiff.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

39.    Defendant denies that it closed Request No. 21-02654-FOIA because it incorrectly determined that the request should not be processed. This remainder of the allegations of this paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

40.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

41.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

42.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

43.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

44.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

45.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

46.    This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

47.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

**SEPTEMBER 1, 2021 SEC FOIA REQUEST (REQUEST NO. 21-02652-FOIA: TESLA INVESTIGATION SF-04322)**

48.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

49.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

50.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

51.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

52.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

53.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required. .  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

54.     This paragraph consists of conclusions of law to which no response is required.

55.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

56.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

57.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

58.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

59.    This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

**DECEMBER 11, 2021 SEC FOIA REQUEST (REQUEST NO. 22-00796-FOIA: JOSHUA MITTS)**

60.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

61.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

62.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

63.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

64.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

65.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

66.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

67.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

68.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

69.     This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

70.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

71.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

72.     Defendant admits that Plaintiff spoke with Kevin Solonsky via telephone on August 23, 2023.

73.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

**NOVEMBER 30, 2021 SEC FOIA REQUEST (REQUEST NO. 22-00712-FOIA:
ZUCKERBERG DEPOSITION TRANSCRIPT)**

74.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

75.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

76.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

77.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

78.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.  Defendant admits sending a letter to Plaintiff on December 8, 2021.

79.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

80.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

81.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

82.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

83.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

84.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

85.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

86.    This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

87.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

88.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

89.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

90.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

91.    This paragraph consists of Plaintiff's characterization of a case filed in this Court and captioned as *Qureshi v. SEC*, Civ. No. 23-1710 (JMC) (D.D.C.), to which no response is required.

Defendant respectfully refers the Court to the complaint filed in that lawsuit for a full and accurate statements of its contents and denies any inconsistent characterizations thereof.

92.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

93.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

94.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

95.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

### NOVEMBER 30, 2021 SEC FOIA REQUEST (REQUEST NO. 22-01176-FOIA: ZUCKERBERG DEPOSITION VIDEO)

96.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

97.    Defendants denies the allegations contained in this paragraph.

98.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

99.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff and Defendant, to which no response is required.  Defendant respectfully refers the Court to the relevant correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

100.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

101.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

102.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

103.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

104.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

105.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

106.    Defendant lacks sufficient information or knowledge to admit or deny the allegations contained in this paragraph.

107.    Defendant admits that it had not produced records responsive to this request as of March 26, 2025. This remainder of the allegations of this paragraph consists of conclusions of law, to which no response is required.

**MARCH 28, 2022 SEC FOIA REQUEST (REQUEST NO. 22-01517-FOIA: ERIN SCHNEIDER)**

108.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

109.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

110.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

111.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

112.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

113.    This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

114.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

115.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

116.    This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**DECEMBER 20, 2022 SEC FOIA REQUEST (REQUEST NO. 23-00603-FOIA: "OPTICS")**

117.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

118.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

119.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

120.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

121.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

122.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

123.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

124.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

125.    This paragraph consists of Plaintiff's conclusions of law, to which no response is required.

126.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

127.    Defendant admits that it did not respond to Plaintiff's June 22, 2023 email.

128.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

129.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

130.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

131.    Defendant admits that it did not respond to Plaintiff's November 8, 2023 email.

132.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

133.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

134.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

135.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

136.    This paragraph consists of Plaintiff's conclusions of law and characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

137.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

138.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

139.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

140.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

141.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required. Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

142.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

143.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

144.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

145.    Defendant admits the allegations of this paragraph.

146.    Defendant denies that a new case number was assigned to Request No. 23-00603-FOIA.

147.    This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**DECEMBER 22, 2022 SEC FOIA REQUEST (REQUEST NO. 23-00614-FOIA: FTX)**

148.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

149.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

150.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

151.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

152.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

153.    This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**DECEMBER 22, 2022 SEC FOIA REQUEST (REQUEST NO. 23-00615-FOIA: ALAMEDA RESEARCH)**

154.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

155.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

156.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

157.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

158.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

159.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

160.    This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**DECEMBER 22, 2022 / MARCH 7, 2023 / MAY 23, 2023 SEC FOIA REQUESTS (REQUEST NOS. 23-00613-FOIA / 23-01223-FOIA / 23-02276-FOIA: GSX/GAOTU TECHEDU, INC.)**

161.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

162.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

163.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

164.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

165.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

166.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.  Defendant admits sending a letter to Plaintiff on April 4, 2023.

167.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

168.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

169.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

170.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

171.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

172.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

173.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

174.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

175.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

176.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

177.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

178.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

179.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.  Defendant admits sending an email to Plaintiff on September 27, 2023.

180.    Defendant admits the allegations in this paragraph.

181.    This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**APRIL 14, 2023 SEC FOIA REQUEST (REQUEST NO. 23-01792-FOIA: FACEBOOK FAKE ACCOUNTS)**

182.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

183.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

184.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.  Defendant admits sending a letter to Plaintiff on May 26, 2023.

185.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

186.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

187.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

188.    This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

**JUNE 2, 2023 SEC FOIA REQUEST (REQUEST NO. 23-02416-FOIA: SEC DATABASE MISHAP)**

189.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

190.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

191.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

192.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

193.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

194.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

195.     Defendant denies the allegations contained in this paragraph.

196.     This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

### JUNE 16, 2023 SEC FOIA REQUEST (REQUEST NO. 23-02604-FOIA: NOTES ON TESLA'S VERBAL RESPONSE TO SEC SUBPOENA)

197.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

198.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

199.     This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

200.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

201.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

202.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

203.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

204.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

205.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

206.    This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

### OCTOBER 2, 2023 SEC FOIA REQUEST (REQUEST NO. 24-00001-FOIA: CRAMER, BERKOWITZ & CO. INVESTIGATION)

207.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

208.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

209.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

210.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

211.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Plaintiff, to which no response is required.  Defendant respectfully refers the Court to this

correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

212.    This paragraph consists of Plaintiff's characterization of correspondence attributed to Defendant, to which no response is required.  Defendant respectfully refers the Court to this correspondence for a full and accurate statement of its contents and denies any inconsistent characterizations thereof.

213.    This paragraph consists of conclusions of law, to which no response is required.  To the extent a response is required, Defendant denies the allegations.

### COUNT I
### DECEMBER 8, 2020 SEC FOIA REQUEST (REQUEST NO. 21-00492-FOIA: BRIDGEWATER INVESTIGATION)

214.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 213.

215.    This paragraph consists of conclusions of law to which no response is required.

216.    Defendant admits that it is a federal agency subject to FOIA.

217.    This paragraph consists of conclusions of law to which no response is required.

218.    This paragraph consists of conclusions of law to which no response is required.

### COUNT II
### SEPTEMBER 1, 2021 SEC FOIA REQUEST (REQUEST NO. 21-02651-FOIA: TESLA INVESTIGATION SF-04082)

219.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 218.

220.    This paragraph consists of conclusions of law to which no response is required.

221.    Defendant admits that it is a federal agency subject to FOIA.

222.    This paragraph consists of conclusions of law to which no response is required.

223.    This paragraph consists of conclusions of law to which no response is required.

### COUNT III
### SEPTEMBER 1, 2021 SEC FOIA REQUEST (REQUEST NO. 21-02652-FOIA: TESLA INVESTIGATION SF-04322)

224.   Defendant incorporates by reference its responses set forth in Paragraphs 1 to 223.

225.   This paragraph consists of conclusions of law to which no response is required.

226.   Defendant admits that it is a federal agency subject to FOIA.

227.   This paragraph consists of conclusions of law to which no response is required.

228.   This paragraph consists of conclusions of law to which no response is required.

### COUNT IV
**DECEMBER 11, 2021 SEC FOIA REQUEST (REQUEST NO. 22-00796-FOIA: JOSHUA MITTS)**

229.   Defendant incorporates by reference its responses set forth in Paragraphs 1 to 228.

230.   This paragraph consists of conclusions of law to which no response is required.

231.   Defendant admits that it is a federal agency subject to FOIA.

232.   This paragraph consists of conclusions of law to which no response is required.

233.   This paragraph consists of conclusions of law to which no response is required.

### COUNT V
**NOVEMBER 30, 2021 SEC FOIA REQUEST (REQUEST NO. 22-00712-FOIA: ZUCKERBERG DEPOSITION TRANSCRIPT)**

234.   Defendant incorporates by reference its responses set forth in Paragraphs 1 to 233.

235.   This paragraph consists of conclusions of law to which no response is required.

236.   Defendant admits that it is a federal agency subject to FOIA.

237.   This paragraph consists of conclusions of law to which no response is required.

238.   This paragraph consists of conclusions of law to which no response is required.

### COUNT VI
**NOVEMBER 30, 2021 SEC FOIA REQUEST (REQUEST NO. 22-01176-FOIA: ZUCKERBERG DEPOSITION VIDEO)**

239.   Defendant incorporates by reference its responses set forth in Paragraphs 1 to 238.

240.   This paragraph consists of conclusions of law to which no response is required.

241.   Defendant admits that it is a federal agency subject to FOIA.

242.    This paragraph consists of conclusions of law to which no response is required.

243.    This paragraph consists of conclusions of law to which no response is required.

**COUNT VII**
**MARCH 28, 2022 SEC FOIA REQUEST (REQUEST NO. 22-01517-FOIA: ERIN SCHNEIDER)**

244.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 243.

245.    This paragraph consists of conclusions of law to which no response is required.

246.    Defendant admits that it is a federal agency subject to FOIA.

247.    This paragraph consists of conclusions of law to which no response is required.

248.    This paragraph consists of conclusions of law to which no response is required.

**COUNT VIII**
**DECEMBER 20, 2022 SEC FOIA REQUEST (REQUEST NO. 23-00603-FOIA: "OPTICS")**

249.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 248.

250.    This paragraph consists of conclusions of law to which no response is required.

251.    Defendant admits that it is a federal agency subject to FOIA.

252.    This paragraph consists of conclusions of law to which no response is required.

253.    This paragraph consists of conclusions of law to which no response is required.

**COUNT IX**
**DECEMBER 22, 2022 SEC FOIA REQUEST (REQUEST NO. 23-00614-FOIA: FTX)**

254.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 253.

255.    This paragraph consists of conclusions of law to which no response is required.

256.    Defendant admits that it is a federal agency subject to FOIA.

257.    This paragraph consists of conclusions of law to which no response is required.

258.    This paragraph consists of conclusions of law to which no response is required.

## COUNT X
### DECEMBER 22, 2022 SEC FOIA REQUEST (REQUEST NO. 23-00615-FOIA: ALAMEDA RESEARCH)

259.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 258.

260.    This paragraph consists of conclusions of law to which no response is required.

261.    Defendant admits that it is a federal agency subject to FOIA.

262.    This paragraph consists of conclusions of law to which no response is required.

263.    This paragraph consists of conclusions of law to which no response is required.

## COUNT XI
### DECEMBER 22, 2022 / MARCH 7, 2023 / MAY 23, 2023 SEC FOIA REQUESTS (REQUEST NOS. 23-00613-FOIA / 23-01223-FOIA / 23-02276-FOIA: GSX/GAOTU TECHEDU, INC.)

264.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 263.

265.    This paragraph consists of conclusions of law to which no response is required.

266.    Defendant admits that it is a federal agency subject to FOIA.

267.    This paragraph consists of conclusions of law to which no response is required.

268.    This paragraph consists of conclusions of law to which no response is required.

## COUNT XII
### APRIL 14, 2023 SEC FOIA REQUEST (REQUEST NO. 23-01792-FOIA: FACEBOOK FAKE ACCOUNTS)

269.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 268.

270.    This paragraph consists of conclusions of law to which no response is required.

271.    Defendant admits that it is a federal agency subject to FOIA.

272.    This paragraph consists of conclusions of law to which no response is required.

273.    This paragraph consists of conclusions of law to which no response is required.

274.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 273.

### COUNT XIII
### JUNE 2, 2023 SEC FOIA REQUEST (REQUEST NO. 23-02416-FOIA: SEC DATABASE MISHAP)

275.    This paragraph consists of conclusions of law to which no response is required.

276.    Defendant admits that it is a federal agency subject to FOIA.

277.    This paragraph consists of conclusions of law to which no response is required.

278.    This paragraph consists of conclusions of law to which no response is required.

### COUNT XIV
### JUNE 16, 2023 SEC FOIA REQUEST (REQUEST NO. 23-02604-FOIA: NOTES ON TESLA'S VERBAL RESPONSE TO SEC SUBPOENA)

279.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 278.

280.    This paragraph consists of conclusions of law to which no response is required.

281.    Defendant admits that it is a federal agency subject to FOIA.

282.    This paragraph consists of conclusions of law to which no response is required.

283.    This paragraph consists of conclusions of law to which no response is required.

### COUNT XV
### OCTOBER 2, 2023 SEC FOIA REQUEST (REQUEST NO. 24-00001-FOIA: CRAMER, BERKOWITZ & CO. INVESTIGATION)

284.    Defendant incorporates by reference its responses set forth in Paragraphs 1 to 283.

285.    This paragraph consists of conclusions of law to which no response is required.

286.    Defendant admits that it is a federal agency subject to FOIA.

287.    This paragraph consists of conclusions of law to which no response is required.

288.    This paragraph consists of conclusions of law to which no response is required.

The remaining section (*i.e.*, subparagraphs i. through vi.) of the Second Amended Complaint consists of Plaintiff's Wherefore clause consisting of a request for relief which does not require a

response.  To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to any relief.

## DEFENSES

In further response to the Second Amended Complaint, Defendant raises the following defenses.  Defendant respectfully requests and reserves the right to amend, alter, and supplement the defenses contained in this Answer to the Second Amended Complaint as the facts and circumstances giving rise to the Second Amended Complaint become known to Defendant throughout the course of this litigation.

## FIRST DEFENSE

To the extent Plaintiff has not exhausted administrative remedies by filing an administrative appeal from a decision to withhold documents, his claims should be dismissed for failure to state a claim upon which relief can be based.

## SECOND DEFENSE

Any document or information that Defendant has withheld, or will withhold, in response to Plaintiff's FOIA requests is exempt in whole or in part from public disclosure under the FOIA, 5 U.S.C. § 552, *et seq*.

## THIRD DEFENSE

Plaintiff is not entitled to information or records protected from disclosure by one or more exemptions to or exclusions from the FOIA.  5 U.S.C. § 552.

## FOURTH DEFENSE

The Court lacks subject-matter jurisdiction to award relief that exceeds that authorized by the FOIA.

**FIFTH DEFENSE**

To the extent Plaintiff's FOIA requests seek materials that are not "agency records," or seek materials exempt from disclosure under the FOIA, the Court lacks subject matter jurisdiction to compel the agency to produce such materials.

**SIXTH DEFENSE**

Plaintiff is neither eligible for nor entitled to attorney's fees or costs.


Dated: May 23, 2025                                  Respectfully submitted,

                                                     JEANINE FERRIS PIRRO
                                                     United States Attorney


                                                     By: _____/s/ Fithawi Berhane_____
                                                          FITHAWI BERHANE
                                                          Assistant United States Attorney
                                                          601 D Street, NW
                                                          Washington, DC 20530
                                                          (202) 252-6653

                                                     *Attorneys for the United States of America*