UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>        v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | Case No. 1:22-cv-01153-RCL |

**PLAINTIFF'S MOTION TO STRIKE ECF NO. 40**

Pursuant to Federal Rule of Civil Procedure 11(a), Plaintiff moves to strike ECF No. 40. The Answer to Plaintiff's Second Amended Complaint is signed by Jeanine Pirro, an attorney unlicensed in the District of Columbia[1] who is not a member of the Bar of this Court[2] and who is not an attorney of record in this action.  Ms. Pirro purports to be "United States Attorney" in the signature block of the document, but this is obviously false.  First, the actual title she was given by Donald Trump is "Interim United States Attorney."  Second, assuming only for the sake of argument that Donald Trump is constitutionally eligible to be President of the United States, a second, back-to-back interim appointment by Mr. Trump is unlawful pursuant to 28 U.S.C. § 546(d).  Prior to Ms. Pirro, the Interim United States Attorney title nominally belonged to Edward R. Martin, Jr., but his nominal appointment expired.

---

[1] *See* https://my.dcbar.org/MemberDirectoryPage.
[2] *See* https://ecf.dcd.uscourts.gov/cgi-bin/attysrch.pl?lastname=Pirro&firstname=Jeanine.

1

"If an appointment expires under subsection (c)(2), *the district court for such district* may appoint a United States attorney to serve until the vacancy is filled. The order of appointment by the court shall be filed with the clerk of the court." 28 U.S.C. § 546(d). Donald Trump is not "the district court for such district." Thus, Ms. Pirro's purported appointment as Interim United States Attorney is null and void, Ms. Pirro is not the "United States Attorney," and ECF No. 40 is in violation of Federal Rule of Civil Procedure 11(a) since Attorney Fithawi Berhane signed on Ms. Pirro's behalf.[3] In turn, Mr. Berhane also lacked any authorization or legal authority to sign on behalf of the federal government Defendants in this action; Ms. Pirro has as much legal authority as any random person on the street.

In conclusion, the Court should strike ECF No. 40 and appoint an Interim United States Attorney pursuant to 28 U.S.C. § 546(d).

Dated: May 23, 2025                    Respectfully submitted,

*Aaron Greenspan*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

---

[3] "Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name…" Federal Rule of Civil Procedure 11(a). Attorney Berhane did not sign in *his* name, he signed in Jeanine Pirro's name.