UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>    Defendant. | Case No. 1:22-cv-01153-RCL |

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion To Strike ECF No. 40 (ECF No. 41), and any filings in opposition to or in support thereof, it is hereby

ORDERED that this motion is GRANTED, that ECF No. 40 shall be struck from the record of this action, and that no further filings signed by Jeanine Pirro shall be accepted for filing by the Clerk of Court.

Within seven days, the Court shall issue a further Order appointing an Interim United States Attorney for the District of Columbia pursuant to 28 U.S.C. § 546(d).

SO ORDERED.


Dated: _____                         _____
                                              ROYCE C. LAMBERTH
                                              United States District Judge