UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AARON GREENSPAN,

    *Plaintiff,*

v.

UNITED STATES SECURITIES AND
EXCHANGE COMMISION,

    *Defendant.*

Case No. 1:22-cv-1153 -RCL

## ORDER

Before the Court is the plaintiff's Motion [ECF No. 41] to Strike the defendant's Answer [ECF No. 40] to his amended complaint. The plaintiff curiously states that his motion to strike is brought under Federal Rule of Civil Procedure 11(a) presumably because that rule dictates that the court "strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or party's attention." *See* Mot. to Strike, ECF No. 41; *see also* Fed. R. Civ. P. 11(a). But the plaintiff's motion is clearly not governed by this Rule as the defendant's Answer is signed. *See* Answer, ECF No. 40. Instead, the plaintiff uses the motion to strike in this Freedom of Information Act ("FOIA") lawsuit to challenge the validity of United States Attorney Jeannine Pirro's appointment by the President. *See generally* Mot. to Strike. Because the Answer is signed by an Assistant United States Attorney for the District of Columbia, the Motion to Strike is unfounded and therefore **DENIED**. The plaintiff is further warned to confine his future pleadings to the issues relevant to this lawsuit.

With the answer now filed and pursuant to Local Rule 16.3(b)(10), the Court **ORDERS** the parties to meet and confer and to file a joint report within fifteen (15) days proposing a schedule for:

1

- Further status reports;
- The defendant's processing of responsive records;
- Filing a *Vaughn* index; and,
- Filing and briefing dispositive motions.

The burden in this case will be on the government to produce a *Vaughn* index with a supporting motion to dismiss or motion for summary judgment, as appropriate. If the parties disagree about the proposed schedule, they shall briefly describe the nature and reasons for disagreement in their joint report.

**IT IS SO ORDERED.**

Date: 31 July 2025

Royce C. Lamberth
United States District Judge